UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CANINO PEDREGAL,<br>Petitioner,<br>v.<br>HOMELAND SECURITY, et al.,<br>Respondents. | No. 1:26-cv-05388-DAD-JDP<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. Nos. 1, 6) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge found that petitioner has been subject to post-removal detention for longer than six-months, that there is no significant likelihood of petitioner's removal in the reasonably foreseeable future, that his continued detention is unlawful, and that he must be released. (*Id.* at 3–4.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 5.) To date, neither party has filed objections and the time in which to do so has passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on August 7, 2026 (Doc. No. 7), are ADOPTED;
2. The petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:
   a. Respondents are ORDERED to immediately release petitioner Raul Canino Pedregal, A-File No. 029-581-874, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on or about October 16, 2025;
   b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without complying with the procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE